**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                In Replying Give Number
Clerk                                                                        Of Case and Names of Parties

June 10, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **SEPTEMBER 15, 2025, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission.  See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #23.***

| | |
|---|---|
| 23-13642 | United States v. Anthony Blair (REVISED ARGUMENT DATE) |
| 24-13131 | Pamela Smothers v. Roger Childers, et al. (REVISED ARGUMENT DATE) |
| 24-12273 | NetChoice LLC v. Attorney General, State of Georgia |
| 24-11526 | United States v. Nikequis Green |
| 24-10885 | Johnny Miles v. City of Hazelhurst, Georgia, et al. |
| 24-10651 | Fairfield Southern Company v. Director, Office of Workers' Compensation Programs |
| 24-10846 | United States v. Mezemr Belayneh |
| 24-12682 | Mobile Baykeeper, Inc. v. Alabama Power Company |
| 24-12144 | Dr. Lana Foster v. Shannon King, et al. |
| 24-11060 | Ricky Johnson v. Dr. Kevin Marler |
| 24-11986 | George Martin v. Commissioner, Alabama Department of Corrections |
| 24-13140 | Brittany Finney v. Metropolitan Life Insurance Company |
| 24-13268 | Buckelew Farm, LLC v. Commissioner of Internal Revenue |
| 24-12773 | William Drummond, et al. v. Southern Company Services, Inc., et al. |
| 24-12774 | L.W. v. Commissioner of the Georgia Department of Community Health |
| 24-10993 | Tiffany Wingo, et al. v. Branson Harris, et al. |